# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0349. GILMER COUNTY et al. v. LLOYD CLARK et al.

The appellees filed a lawsuit in superior court to challenge zoning decisions made by Gilmer County. The superior court found in favor of the appellees, and remanded back to the county to issue a conditional use permit. The appellants then filed this direct appeal. We, however, lack jurisdiction.

"Appeals from decisions of the superior courts reviewing decisions of . . . state and local administrative agencies" must be brought by application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Hamryka v. City of Dawsonville*, 291 Ga. 124, 125 (1) (728 SE2d 197) (2012). A zoning decision made by a local government constitutes the action of a local administrative agency within the meaning of OCGA § 5-6-35 (a) (1), and an appeal from a superior court decision reviewing the local administrative agency's decision must come by way of an application for discretionary appeal. *Hamryka*, 291 Ga. at 125 (2); *Fulton County v. Congregation of Anshei Chesed*, 275 Ga. 856, 857-858 (1) (572 SE2d 530) (2002).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

The appellants' failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___10/16/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*